IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAY HENDERSON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **C.F.C.F.** | : | **NO. 20-811** |

## ORDER

**NOW,** this 31st day of August, 2020, upon consideration of plaintiff David Jay Henderson's Motion to Proceed *In Forma Pauperis* (Doc. No. 1) and *pro se* Complaint, it is **ORDERED** that:

1. Pursuant to 28 U.S.C. § 1915, leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is deemed filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. Henderson's claims against the Curran-Fromhold Correctional Facility ("CFCF") are **DISMISSED.**

/s/ TIMOTHY J. SAVAGE J.